HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JOSEPH TRINIDAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOSEPH TRINIDAD,<br><br>*Defendant.* | Case No.  1:15-cr-00223 LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE RE DEFERRED PROSECUTION; ORDER**<br><br>DATE:   August 20, 2018<br>TIME:    8:30 a.m.<br>JUDGE: Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 13, 2018 before Judge O'Neill may be continued to August 20, 2018 at 8:30 a.m.

The parties so stipulate because counsel for Mr. Trinidad will be out of the office.

//

//

//

//

///

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| | DATED: August 2, 2018 | */s/ Kimbery A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | DATED: August 2, 2018 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH TRINIDAD |

# **O R D E R**

The status conference currently scheduled for August 13, 2018 at 8:30 a.m. is continued to August 20, 2018.

IT IS SO ORDERED.

Dated: **August 2, 2018**          /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE