UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00223 LJO |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH TRINIDAD, | |
| Defendants. | |

After this Court's granting of Defendant's Motion to Withdraw his Plea, the Government made a Motion to Dismiss. The indictment in the above-entitled case is dismissed as to Joseph Trinidad without prejudice.

IT IS SO ORDERED.

Dated: __August 21, 2018__        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE